**Order entered January 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01370-CV

**VIEWPOINT BANK, Appellant**

**V.**

**ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, Appellees**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-03472-2012**

## ORDER

Appellant's January 2, 2013 second unoposed motion to extend time to file its brief is

**GRANTED**.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE